Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: rusklaw@att.net

Attorney for Defendant Edward Charles Gaston

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD CHARLES GASTON,<br><br>Defendant. | No. 2:17-CR-0235-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING**<br><br>Date: December 26, 2017<br>Time: 2:00 pm<br>Judge: Hon. Magistrate Judge Deborah Barnes |

Defendant, Edward Gason, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the preliminary hearing currently set for Tuesday, December 26, 2017 at 2:00 pm be vacated and reset for Wednesday, December 27, 2016 at 2:00 pm before the Honorable Magistrate Judge Deborah Barnes.

Mr. Gaston made an initial appearance on December 11, 2017 before the Honorable Magistrate Judge Carolyn Delaney. Magistrate Judge Delaney ordered Mr. Gaston detained on the government's motion. The parties are requesting that the preliminary hearing be continued to Wednesday, December 27, 2017, with the defense's consent, pursuant to Federal Rule of Criminal Procedure 5.1(d), at which time, Mr. Gaston has also moved the court to conduct a bail review hearing (doc. 7).

Dated: December 21, 2017          PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ Timothy Delgado
                                  TIMOTHY DELGADO
                                  Assistant U.S. Attorney


Dated: December 21, 2017          /s/ Shari Rusk
                                  SHARI RUSK
                                  Attorney for defendant
                                  EDWARD CHARLES GASTON

**ORDER**

The preliminary hearing currently set for Tuesday, December 26, 2017 at 2:00 pm is vacated and reset for Wednesday, December 27, 2017, at 2:00 pm with the defense's consent.

Dated: December 22, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE