```
PHILLIP A. TALBERT
Acting United States Attorney
ALEXIS NELSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDWARD CHARLES GASTON,<br><br>  Defendant. | CASE NO. 2:17-CR-00235 KJM<br><br>STIPULATION REGARDING A BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR DISCOVERY; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE:  September 8, 2021<br>TIME:  2:00 p.m.<br>COURT: Hon. Allison Claire |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Nelsen, and defendant, by and through defendant's counsel of record, Shari Rusk, hereby stipulate as follows:

1. On July 13, 2021, defendant filed a discovery motion. The motion did not include a noticed hearing date.

2. The parties have met and conferred regarding a briefing schedule. The parties propose the government's response to the defendant's discovery motion will be due August 18, 2021. Any response by the defendant will be due September 1, 2021.

3. The parties respectfully request a hearing date be set for September 8, 2021, and can be held at the magistrate judge's discretion after briefing is complete.

IT IS SO STIPULATED.

///

Dated: August 11, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ALEXIS NELSEN
ALEXIS NELSEN
Assistant United States Attorney

Dated: August 11, 2021

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
EDWARD CHARLES GASTON

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 12th day of August, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE