# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | **Requested change to briefing schedule on pending motion for reconsideration in:** <br> **USA v. Edward Charles Gaston** <br> **2:17-cr-00235** | *Date:* | **May 27, 2022** |
| *To:* | **Casey Schultz, Courtroom Deputy to the Honorable Kimberly Mueller** | *From:* | **Alexis Klein** <br> **U.S. Attorney's Office** <br> **Eastern District of California** |

Counsel for the defendant is requesting a modification to the previously ordered briefing schedule on the United States' Motion for Reconsideration. Counsel needs additional time to consult with her client and to prepare, draft, finalize their response. The government has no objection. Accordingly, it is respectfully requested the Court modify the briefing schedule and order the defendant's opposition be due June 6 and the government's reply be due June 13, 2022.

cc:   Shari Rusk