**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
EDWARD CHARLES GASTON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD CHARLES GASTON,<br><br>　　　　　　　Defendant. | CASE NO. 2:17-CR-00235-KJM-1<br><br>**ORDER RE: MOTION TO RELEASE SEALED TRANSCRIPTS** |

GOOD CAUSE HAVING BEEN SHOWN it is hereby ordered that transcripts of the in-camera proceedings on December 27, 2017 (court reporter Rachel Alvarez, ECRO), ECF No. 12, relating to Mr. Gaston be released to defendant's counsel of record, Erin J. Radekin, upon filing of a transcript request for those proceedings pursuant to this court's procedures and payment for preparation of the transcripts to the court reporters.

IT IS SO ORDERED.

Dated:  June 8, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE